

**SEVENTH COURT OF APPEALS**
\*\*\*\*\*\*\*\*

**CLERK'S REQUEST FOR EXTENSION
OF TIME TO FILE CLERK'S RECORD**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/23/2025 8:46:19 AM
CHRISTOPHER A. PRINE
Clerk

**Appellate Case Number:** _____ **Trial Court Number:** _____

**Style:** _____

_____

_____

VS.

_____

_____

_____

**Counsel/Party Requesting Record:**

Name: _____

Firm: _____

Address: _____

_____

Phone: (_____) _____

I, _____, District/County Clerk, am unable to file the

Clerk's record in the above styled case by _____ (due date) for the following reasons:

_____    Appellant has not paid or made arrangements to pay for the record.

_____    Appellant has only made a partial payment for the record.

_____    Appellant has made required payment and has filed a written designation, but due to work load, I have been unable to complete the record.

_____    Other (specify)

_____

_____

_____

I estimate the record in this appeal to be approximately _____ volumes with each volume being no more than two inches thick.

It is respectfully requested that an extension be granted to: (date) _____

Signature:

_____

Court:

_____

_____ Additional information reflected on back

Address:

_____

_____

_____

_____

Telephone: (_____) _____
Fax: (_____) _____

***\*\*PLEASE UPLOAD ORIGINAL TO THE WEB PORTAL AT www.rsp.txcourts.gov\*\****